**SO ORDERED.**

**SIGNED this 26th day of April, 2013.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:
BURLY DEAN FENNEL                               Case No. 12-22827
VICKI LYNNE FENNEL                              Chapter 7
            Debtor.

United States of America,

            Plaintiff,

vs.                                             Adversary No. 13-6016

Vicki Lynne Fennel,

            Defendant.

## JUDGMENT ON DECISION

This adversary proceeding was before the Court on Plaintiff's Complaint to determine dischargeability of a debt.[1] On April 29, 2013, the Court entered an Agreed Journal Entry of Judgment.

---
[1] Doc. 1.

Based upon the Agreed Journal Entry, the Court hereby enters judgment in favor of Plaintiff, United States of America, and against Defendant, Vicki Lynne Fennel, finding that a debt in the amount of $53,768.40 owed to the United States is nondischargeable pursuant to 11 U.S.C. § 523 (a)(2),(A).

**IT IS SO ORDERED**, in accordance with Federal Rule of Bankruptcy Procedure 9021 and Federal Rule of Civil Procedure 58(a).

###